## FISCHER v DAMM, et

Ohio Appeals, 8th Dist, Cuyahoga Co
Decided June 30, 1930

For full opinion see 32 O L R 443; 173 NE 449; 36 Oh Ap 515 (Oh Bar 1-6-31).

## HOFFMAN, et v POUNDS, et. etc.

Ohio Appeals, 5th Dist, Delaware Co
Decided June 9, 1930

For full opinion see 173 NE 622; 36 Oh Ap 492 (Oh Bar 12-30-30).